MAUDE B. CLARKE, Appellant, v. ADELAIDE SOHMER WEBER, Respondent.— Judgment and order reversed, with costs, the verdict reinstated and judgment directed to be entered thereon, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

ROLLIN B. FISHER and Another, as Joint Trustees Executing the Trusts Created by and under the Last Will and Testament of HENRY M. PEYSER, Deceased, in so Far as Said Trusts Relate to Property Situate within the State of New York, Appellants, v. HERBERT F. PEYSER and Another, Respondents, Impleaded with Others, Defendants.— Judgment modified by allowing plaintiffs the item of $5,000 heretofore allowed by Mr. Justice Delehanty, appeal from whose order was dismissed by this court [See *Matter of Peyser*, 208 App. Div. 846], and by allowing $100 for services and expenses in procuring the dismissal of the appeal from said order, and further by allowing plaintiffs the taxable costs of this action, payable out of the estate, and as so modified affirmed, with costs of this appeal to the appellants payable out of the estate. No opinion. Settle order on notice. Present — Dowling, Merrell, McAvoy and Martin, JJ.

PHILIP BACK, Appellant, v. JAMES L. DEVLIN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

AMERICAN KNITTING MILLS COMPANY, Respondent, v. ALEXANDER KORN and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY D. GOUSE, Appellant.— Judgment and order affirmed. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

LLEWELYN F. MATTHEWS, Respondent, v. PATRICK J. QUEALEY and Others, as Executors, etc., of MAHLON S. KEMMERER, Deceased, and Others, Copartners, etc., Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict is against the weight of credible evidence. Present — Dowling, Merrell, McAvoy and Martin, JJ.

DEY STREET REALTY CORPORATION, Appellant, v. HAPPINESS CANDY STORES, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

HENRY M. WEITZNER, Appellant, v. ISAAC SCHIFF, Respondent, Impleaded with Others, Defendants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

MARCUS M. GOLDSCHMIDT, Respondent, v. HARRY COOPER, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.